Hon. Mary Alice Theiler

1

2

3

4

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

5

6

7   SCOTT HALLOWOOD, individually,

         Plaintiff,

8

9   vs.

10  ATLAS VAN LINES, INC., an Delaware State
    Corporation; EFFORT ENTERPRISES OF
11  LOS ANGELES, LLC d/b/a ATLANTIC
    RELOCATION SYSTEMS; ELEMENT
12  TRANSPORTATION ASSET TRUST, a
    Foreign Profit Corporation; DARRYL
13  CARTER and JANE DOE CARTER,
    individually and the marital community
14  composed thereof;

15
         Defendants.

NO.  2:19-cv-00306-MAT

STIPULATION AND ORDER FOR
VOLUNTARY DISMISSAL OF
DEFENDANT ELEMENT
TRANSPORTATION ASSET TRUST WITH
PREJUDICE

16

17          COME NOW ALL PARTIES HERETO, pursuant to Fed. R. Civ. P. 41(a) and acting through

18  their undersigned counsel of record, agree and stipulate that Defendant Element Transportation Asset

19  Trust may be dismissed from this action with prejudice, with each party to bear its own costs and

20  fees.

21          DATED this 19th day of November, 2019.

22          LEWIS BRISBOIS BISGAARD & SMITH, LLP

23
            */s/ Keith M. Hayasaka*
24          Keith Hayasaka, WSBA # 51949
            Attorney for Defendants

25

26

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020

BERNARD LAW GROUP, PLLC


*/s/ Viivi Vanderslice*
Viivi Vanderslice, WSBA #34990
Attorney for Plaintiff

## ORDER

Pursuant to the Stipulation above, it is hereby ORDERED that Defendant Element Transportation Asset Trust may be, and hereby is, dismissed from this action with prejudice, with each party bearing its own costs and fees as to this dismissal.

Dated this <u>19th</u> day of November, 2019.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Keith M. Hayasaka*
Keith Hayasaka, WSBA # 51949
Attorney for Defendants


BERNARD LAW GROUP, PLLC

*/s/ Viivi Vanderslice*
Viivi Vanderslice, WSBA #34990
Attorney for Plaintiff

4853-1746-0908.1 STIPULATION AND ORDER FOR
VOLUNTARY DISMISSAL OF DEFENDANT ELEMENT
TRANSPORTATION ASSET TRUST WITH PREJUDICE
– 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020